UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T<small>YROSH</small> B<small>ROWN</small>,

        Plaintiff,                                  Hon. Janet T. Neff

v.                                                    Case No. 1:09-cv-00740

M<small>ICHIGAN</small> W<small>ORKS</small>, et al.,

        Defendants.

_____/

## REPORT AND RECOMMENDATION

      This matter is before the Court on Defendant Michigan Works' Motion to Dismiss (Dkt. 13) in this case which was referred to the undersigned by the Honorable Janet T. Neff. The motion states that Michigan Works is an improper party to this litigation because Michigan Works is simply a trademark owned by the state of Michigan that the state requires its providers to display. Defendant states that, upon information and belief, the entity that did provide services to Plaintiff was Providence Community Services, Inc., d/b/a Ross Innovative Employment Solutions.

      Plaintiff has not filed an opposition to the motion or the requested relief. As such, upon review of the motion and attached exhibits, the undersigned recommends that <u>Defendant Michigan Works' Motion to Dismiss</u> (Dkt. 13) be **granted**.

                                                            Respectfully submitted,

Date: December 23, 2009                              /s/ Ellen S. Carmody
                                                             ELLEN S. CARMODY
                                                              United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).