UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYROSH BROWN,

    Plaintiff,

v

MICHIGAN WORKS, et al.,

    Defendants.

_____/

Case No. 1:09-cv-740

HON. JANET T. NEFF

## ORDER OF DISMISSAL

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's Objections (Dkt 16) are DENIED and the Report and Recommendation (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Michigan Works' Motion to Dismiss (Dkt 13) is GRANTED, and this case is DISMISSED as to Defendant Michigan Works.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order would not be taken in good faith.

Date: March 31, 2010

    /s/Janet T. Neff
    JANET T. NEFF
    United States District Judge